# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:89-00006 |
| | ) | Judge Trauger |
| | ) | |
| ALEXANDER RAYMOND GESSA | ) | |

## O R D E R

The *pro se* defendant's Motion For Immediate Relief (Docket No. 1080) is **DENIED**.

The court is without the authority to lower the defendant's sentence at this point.

It is so **ORDERED**.

ENTER this 12th day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge